DAVIS v. STATE.

No. 13948.

Court of Criminal Appeals of Texas.

Jan. 28, 1931.

J. F. Taulbee, of Georgetown, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for rape; punishment, five years in the penitentiary.

We find in the record no bills of exception. Two refused special charges are found, but upon neither is there any notation of exception to its refusal. The statement of facts which accompanies the transcript does not bear the approval of the trial court, and hence cannot be considered. The indictment, the charge of the court, the judgment, and sentence appear regular.

The judgment will be affirmed.